**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ACHILLES CORELLEONE,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>RANDY GROUNDS; MATHEW CATE; BILL ZIKA, PhD; V. LOMELLI; Capt. MARTINEZ; D. FOSTER; C.D. REECE; L. KENNAMORE; and JOHN DOES 1-10,<br><br>　　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　/ | No. C 11-4338 PJH (PR)<br><br>**ORDER OF DISMISSAL** |

　　This is a civil rights case filed pro se by a state prisoner. The complaint was dismissed with leave to amend because plaintiff had provided only "the most conclusory allegations . . . ." The court set out the pleading standard described in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662, 679 (2009), and concluded that the allegations were far from sufficient to state a plausible claim for relief. Plaintiff's motion for an extension of time to amend (document number 8 on the docket) is **GRANTED**. The amendment is deemed timely.

　　The amendment is not an improvement on the original complaint. In the "Grounds for Relief" section, plaintiff merely lists his claims; for instance: "Claim One: Violation of Due process placing me on "C/C" (hard C status) for an administrative Rules Violation Report for 5 month[s] & 1 day; Claim Two: Violation of Due Process by misclassifying RVR's and putting me on "C" status for 90 days or more," and so on. There are no factual allegations as to what each defendant actually did that purportedly violated his rights, and no factual allegations that suggest the violation of federal law.

1       Plaintiff was afforded an opportunity to plead facts what would plausibly give rise to
2 an entitlement to relief, and has not done so.  The case is **DISMISSED** for failure to state a
3 claim.  The clerk shall close the file.
4       **IT IS SO ORDERED.**
5 Dated:  July 30, 2012.

                                                PHYLLIS J. HAMILTON
6                                                 United States District Judge

**United States District Court**
For the Northern District of California

G:\PRO-SE\PJH\CR.11\CORELLEONE4338.dsm.wpd